FILE COPY



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

---

Monday, June 2, 2025

Mr. William Cole                          Mr. Elliot Clark
Office of the Attorney General of Texas,   Winstead PC
Office of the Solicitor General            401 Congress, Suite 2100
PO Box 12548                               Austin, TX 78701
Austin, TX 78711-2548                      * DELIVERED VIA E-MAIL *
* DELIVERED VIA E-MAIL *

RE:     Case Number:  24-1078
        Court of Appeals Number:  15-24-00078-CV
        Trial Court Number:  D-1-GN-24-001064

Style:  PAXTON v. CITY OF AUSTIN

Dear Counsel:

Today the Supreme Court of Texas granted the Motion for Extension of Time to File Respondent's Brief on the Merits in the above-referenced case.  Respondent's brief on the merits is due to be filed in this office **Thursday, June 26, 2025**.  Petitioner's reply brief is due no later than **Friday, July 11, 2025**.  **FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL BE DISFAVORED.**

Sincerely,

Blake A. Hawthorne, Clerk

by Kara Fields
Deputy Clerk

cc:     Christopher Prine (DELIVERED VIA E-MAIL)
        District Clerk Travis County (DELIVERED VIA E-MAIL)
        Ms. Meagan Corser (DELIVERED VIA E-MAIL)
        Mr. Jeffrey Don Nydegger (DELIVERED VIA E-MAIL & POSTAL)